### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### DEPOSIT OF UNCLAIMED FUNDS

| In re:          | CHAPTER # 7      |
|                 | CASE NO. 08-28847 |
| VILAI KEIFLIN   |                  |
| Debtor.         |                  |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X**   **A**   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____**B**   The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**                **CHECK AMOUNT**
RBS Citizens                                        $166.19
480 Jefferson Blvd
Warwick, RI 02886

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$166.19** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 2nd day of February, 2010.

_____/s/_____
Steven R. Bailey, Trustee